**Order entered November 20, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01304-CV

**DHS MANAGEMENT SERVICES, INC., ET AL., Appellants**

**V.**

**HEATHER CASTRO, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15890**

## ORDER

We **GRANT** appellants' November 13, 2013 unopposed motion for an extension of time to file a brief. We **ORDER** the brief tendered to this Court by appellants on November 13, 2013 filed as of the date of this order.

/s/    DAVID LEWIS
          JUSTICE